| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Jordan, Kent A | 2. Court or Organization U.S. District Court - Delaware | 3. Date of Report 7/23/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge-Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 844 King Street Lock Box 10 Wilmington, DE 19801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice President | Richard S. Rodney Inn of Court |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED Washington D.C.

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Vanderbilt Law School - teaching | $6,000 |
| 2. | 2003 | Corporation Service Company (pay out for 2002 services) | $99,194 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Utah PSA Chapter Conf. | Salt Lake City, UT, 3/26-30, speaker (transportation) |
| 2. | American Inns of Court | Philadelphia, PA, 5/16-17, annual meeting (meals, registration) |
| 3. | Practicing Law Institute | New York, NY, 7/9, Markman Seminar (transportation) |
| 4. | Vanderbilt University - Law School | Nashville, TN, 9/8-12, Patent Class (transportation, meals and lodging) |
| 5. | American Law Institute-American Bar Assn. | Boston, MA, 9/17-19, Trail of a Patent Case Seminar (transportation, lodging and meals) |
| 6. | Brigham Young University | Provo, UT, 10/10- speaker (transportation) |

## V. GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 7/23/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Calvert Social Investment Equity A (401-k) | | | | | buy | 1/16 | K | | |
| 2. Fidelity Magellen Fund (401-k) | | | | | sold | 1/15 | K | | |
| 3. Munder Index 500 (401-k) | | | | | buy | 1/16 | K | | |
| 4. Dreyfus S&P Fund (401-k) | | | | | sold | 1/15 | K | | |
| 5. Vanguard Small Cap Growth Index (401-k) | | None | J | T | | | | | |
| 6. Vanguard Mid Cap Index Fund (401-k) | | None | J | T | | | | | |
| 7. Vanguard Growth Index Fund (401-k) | | None | J | T | | | | | |
| 8. Total International Stock Index (401-k) | | None | J | T | | | | | |
| 9. Vanguard Windsor Fund (401-k) | | None | J | T | | | | | |
| 10. Vanguard 500 Index (401-k) | | None | J | T - | | | | | |
| 11. Vanguard Retirement Savings Trust | A | Interest | J | T | | | | | |
| 12. Vanguard International Growth Fund (401-k) | | None | J | T | | | | | |
| 13. Vanguard Wellington Balanced (401-k) | | None | J | T | | | | | |
| 14. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 15. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 16. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 17. ING Direct (CD) | | | | | open | | J | | |
| 18. ING Direct (Money Market Accts) | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jordan, Kent A | 7/23/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

Judge Jordan's initial financial disclosure was made in July, 2002. The ING Direct (CD) was purchased on 9/9/02, and Judge Jordan took office in November 2002. The Judge was exempted from filing a 2003 financial disclosure statement, so the CD appears for the first time in this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date  7/23/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Jordan, Kent A | 2. Court or Organization U.S. District Court - Delaware | 3. Date of Report 05/05/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge-Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 01/01/2003 to 12/31/2003 |
| 7. Chambers or Office Address 844 King Street Lock Box 10 Wilmington, DE 19801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Vice President | Richard S. Rodney Inn of Court |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/05/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Vanderbilt Law School - teaching | $6,000 |
| 2. | 2003 | Corporation Service Company (pay our for 2002 services) | $99,194 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Utah PSA Chapter Conf. | Salt Lake City, UT, 3/26-30, speaker (transportation) |
| 2. | American Inns of Court | Philadelphia, PA, 5/16-17, annual meeting (meals, registration) |
| 3. | Practicing Law Institute | New York, NY, 7/9, Markman Seminar (transportation) |
| 4. | Vanderbilt University - Law School | Nashville, TN, 9/8-12, Patent Class (transportation, meals and lodging) |
| 5. | American Law Institute-American Bar Assn. | Boston, MA, 9/17-19, Trail of a Patent Case Seminar (transportation, lodging and meals) |
| 6. | Brigham Young University | Provo, UT, 10/10-14, Speaker (transportation) |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/05/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Calvert Social Investment Equity A (401-k) | | None | K | T | | | | | |
| 2. Munder Index 500 (401-k) | | None | K | T | | | | | |
| 3. Vanguard Small Cap Growth Index (401-k) | | None | J | T | | | | | |
| 4. Vanguard Mid Cap Index Fund (401-k) | | None | J | T | | | | | |
| 5. Vanguard Growth Index Fund (401-k) | | None | J | T | | | | | |
| 6. Total International Stock Index (401-k) | | None | J | T | | | | | |
| 7. Vanguard Windsor Fund (401-k) | | None | J | T | | | | | |
| 8. Vanguard 500 Index (401-k) | | None | J | T | | | | | |
| 9. Vanguard Retirement Savings Trust | A | Interest | J | T | | | | | |
| 10. Vanguard International Growth Fund (401-k) | | None | J | T | | | | | |
| 11. Vanguard Wellington Balanced (401-k) | | None | J | T | | | | | |
| 12. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 13. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 14. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 15. ING Direct (CD) | A | Interest | J | T | | | | | |
| 16. ING Direct (Money Market Accts) | A | Interest | K | T | | | | | |

1. Income/Gain Codes:       A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000     G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:             J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000     O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                        P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal             R = Cost (Real Estate Only)   S = Assessment           T = Cash/Market
   (See Column C2)          U = Book Value            V = Other                 W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Jordan, Kent A | 05/05/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date___ 5/5/04 ___

NOTE: ANY [ ] FIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544